IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KRYSTAL WINONA BROWN; and GEOFFREY M. BROWN, Incarcerated, | No. 2:17-cv-01690-SU |
| Plaintiffs, | |
| v. | |
| BAKER COUNTY DEPT OF HUMAN SERVICES, et al., | ORDER |
| Defendants. | |

HERNANDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation (#71) on December 6, 2018, in which she recommends that this Court grant Defendants' motions to dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

1 - ORDER

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [71]. Accordingly, Defendants' motions to dismiss [61, 63] are granted. The claims are dismissed with prejudice. Additionally, Geoffrey Brown is dismissed as a plaintiff.

IT IS SO ORDERED.

DATED this 4 day of January, 2019.

MARCO A. HERNANDEZ
United States District Judge